# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| GCIU-EMPLOYER RETIREMENT FUND; BOARD OF TRUSTEES OF THE GCIU-EMPLOYER RETIREMENT FUND,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>CINCINNATI COURT INDEX PRESS, INC.,<br><br>　　　　　　Defendant. | Case No. 2:13-cv-06954-ODW(VBKx)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |
|---|---|

On November 19, 2013, the parties informed the Court that they have settled this case. (ECF No. 8.) The Court therefore **ORDERS** the parties **TO SHOW CAUSE** by **Wednesday, December 4, 2013**, why the settlement has not been finalized. No hearing will be held. The Court will discharge this Order upon filing of a notice of voluntary dismissal or proposed dismissal order.

**IT IS SO ORDERED.**

November 19, 2013

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**